In the Matter of MILTON PALEY, Appellant. ANNE
RITHOLTZ, Respondent.

Submitted February 26, 1941; decided March 13, 1941.

*Robert P. Levis* for appellant.
*Max Ornstein* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.